# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GIOVANNI CARRILLO,**
Appellant,

v.

**GISELLE CARRILLO** and **MARIA CLAUDIA ZERDA,**
Appellees.

No. 4D20-1534

[November 12, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2019-CP-005272 SB.

Giovanni Carrillo, Bogota D.C. Colombia, South America, pro se.

Morton Antman of Morton Antman, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GROSS, CIKLIN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***